**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1506**
_____

JUNIO CESAR FREITAS,

        Plaintiff - Appellant,

    and

DALE BALDWIN,

        Plaintiff,

    v.

TRADESMEN INTERNATIONAL, INCORPORATED; UNIFIED CLEANROOM
CONSTRUCTION, LLC,

        Defendants - Appellees.

_____

**No. 13-1507**
_____

DALE BALDWIN,

        Plaintiff - Appellant,

    and

JUNIO CESAR FREITAS,

        Plaintiff,

    v.

TRADESMEN INTERNATIONAL, INCORPORATED; UNIFIED CLEANROOM
CONSTRUCTION, LLC,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Louise W. Flanagan, District Judge.  (5:12-cv-00116-FL)

Submitted:  July 18, 2013                    Decided: July 22, 2013

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Junio Cesar Freitas; Dale Baldwin, Appellants Pro Se.   Kevin Joseph Dalton, FISHER & PHILLIPS, LLP, Charlotte, North Carolina; Kevin Scott Joyner, Kimberly Joyce Lehman, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Junio Cesar Freitas and Dale Baldwin appeal the district court's order dismissing their civil action. On appeal, we confine our review to the issues raised in the Appellants' briefs. See 4th Cir. R. 34(b). Because Appellants' informal briefs do not challenge the basis for the district court's disposition, they have forfeited appellate review of the court's order. Accordingly, we grant Appellants' motions to proceed in forma pauperis and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED